# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TERRA JENNINGS, et al., <br>     Plaintiffs, | Case No. 1:20-cv-464 <br> Litkovitz, M.J. |
| v. | |
| ALLSTATE VEHICLE AND <br> PROPERTY INSURANCE COMPANY, et al., <br>     Defendants. | ORDER |

This matter came before the Court on Wednesday, February 22, 2023, for a status conference via zoom. By agreement of the parties, and with the consent of the Court, the Calendar Order is hereby **STAYED** pending the resolution of mediation of this matter. The parties are **ORDERED** to advise the Court of the outcome of mediation within **one week** of the conclusion of the mediation.

    **IT IS SO ORDERED.**

Date: 2/22/2023

_____
Karen L. Litkovitz
Chief United States Magistrate Judge