# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TERRA JENNINGS, et al.,<br>    Plaintiffs, | Case No. 1:20-cv-464<br>Litkovitz, M.J. |
| v. | |
| ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY, et al.,<br>    Defendants. | **ORDER** |

This matter came before the Court on September 5, 2023 for an in-person informal discovery conference at which plaintiffs Terra and John Jennings, their counsel, and counsel for defendants were present. On February 22, 2023, the Court stayed the Calendar Order pending the resolution of mediation in this matter. (Doc. 84). On June 30, 2023, the Settlement Conference, which was set for Tuesday, July 18, 2023 before Magistrate Judge Stephanie K. Bowman, was vacated. (Doc. 89). Accordingly, the Court **LIFTS** the stay previously entered by the Court on February 22, 2023 (Doc. 84), and at the request of the parties and by agreement of the Court, the Calendar Order is **MODIFIED**, and the case shall proceed as follows:

1. Plaintiffs Terra and John Jennings, through counsel, are **ORDERED** to answer and/or respond to any outstanding discovery requests, including a breakdown and calculation of damages related to defendants' bad faith claims, that remain pending in this case by **Monday, November 6, 2023**.

2. Discovery Deadline: **Wednesday, December 6, 2023**.

3. Dispositive Motion Deadline: **Tuesday, February 6, 2024**.

**IT IS SO ORDERED.**

Date: 9/5/2023

Karen L. Litkovitz
Chief United States Magistrate Judge