**Granted.**
**10:00 AM, Jun 10, 2024**

*Karen L. Litkovitz*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **TERRA JENNINGS, et al.** | : | CASE NO. 1:20-CV-464 |
| | : | |
| **Plaintiffs** | : | Magistrate Litkovitz |
| | : | |
| -vs- | : | |
| | : | |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al.** | : | |
| | : | |
| **Defendants** | : | |

**MOTION TO STAY PLAINTIFFS' RESPONSE TO DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Now come Plaintiffs, by and through counsel, to move this Honorable Court to stay the period of time for response to Defendant Allstate Vehicle and Property Insurance Company Motion for Summary Judgment to a date after the parties have met in a Settlement Conference before Magistrate Judge Stephanie K. Bowman on August 13, 2024. Plaintiff would request that they be given the additional time to respond in accordance with the rules after said date if it is necessary based upon the parties being unable to reach an agreement.

Respectfully Submitted,

THE GREEN LAW FIRM, L.P.A., INC.

/s/ F. Harrison Green_____
F. Harrison Green, Attorney for Plaintiffs
Ohio Supreme Court Reg. #0039234
The Six, Suite 230
4015 Executive Park Drive
Cincinnati, Ohio 45241
Tel. (513) 769-0840
Fax (513) 563-2953
fhgreen@thegreenlawfirm.org

1

**CERTIFICATE OF SERVICE**

       I hereby certify that I electronically filed a copy of the forgoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to all ECF participants and the participants that are not CM/ECF participants have been served via Electronic Mail this the 6th day of June, 2024;

Alan R. Trenz
Attorney for Defendant,
Allstate Vehicle and Property Insurance Company
E-Mail:  atrenz@trenzlaw.com

Thomas F. Glassman
Bonezzi Switzer Polito & Hupp Co., LPA
tglassman@bsphlaw.com
Attorney for Defendant,
Integon National Insurance Company

                                          /s/ F. Harrison Green
                                          F. Harrison Green (0039234)
                                          *Attorney for Plaintiffs*